# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | THOMAS B. & MARIANA J. HENSON | | |
| **Case Number:** | 2:10-bk-17126-GBN | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, AUGUST 31, 2010 02:30 PM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FEDERAL NATIONAL MORTGAGE.

**R / M #:**   22 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR FEDERAL NATIONAL MORTGAGE

## *Proceedings:*

MR. MCDONALD CONFIRMS THE SALE TOOK PLACE IN MARCH.

THE COURT:  THE MOTION IS GRANTED.  AN UPLOADED ORDER WILL BE SIGNED.